IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
CHARLIE BYAS, JR.,              )
                                )
            Plaintiff,          )
                                )
    v.                          )   No. 09 C 6533
                                )
PRAIRIE MANAGEMENT AND          )
DEVELOPMENT CORPORATION,        )
                                )
            Defendant.          )
```

MEMORANDUM ORDER

This Court inherited this action last fall by random assignment following the retirement of its former colleague Honorable Wayne Andersen. It then appointed a member of this District Court's trial bar to act as pro bono publico counsel for plaintiff Charlie Byas, Jr. ("Byas"), who had filed and was then pursuing this lawsuit pro se. But after having served as Byas' lawyer for some 7-1/2 months, the appointed counsel found that she was unable to continue in her representation because of what she termed "a fundamental disagreement as to the strategy of proceeding with this case." This Court therefore relieved appointed counsel of that responsibility.

Now Byas, again proceeding pro se, has submitted a document that he captions "Second Counter Claim for Settlement." That is a creature unknown to the law, and it will not be accepted for filing. In the meantime, however, the case has already been assigned to Magistrate Judge Martin Ashman to assist the parties in their efforts toward settlement. As the docket reflects, a

settlement conference before Judge Ashman is set for September 26, and the next status date before this Court is November 3.

                                        _____
                                        Milton I. Shadur
                                        Senior United States District Judge

Date:   September 7, 2011